UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS H. SPITTERS,<br><br>  Plaintiff,<br><br> v.<br><br>UNKNOWN,<br><br>  Defendant. | Case No. 15-cv-04902-JSC<br><br>**ORDER REGARDING IN FORMA PAUPERIS APPLICATION AND ADDRESSING PLAINTIFF'S FILINGS** |

  Plaintiff Thomas H. Spitters, proceeding pro se, filed this civil action against unknown defendant(s) on October 23, 2015. His complaint was accompanied by an in forma pauperis application. (Dkt. No. 2.) Because the application was incomplete, the Court denied it without prejudice to re-filing a completed in forma pauperis application, a copy of which was attached to the Court's Order. (Dkt. No. 4.) The Court also sent Plaintiff a copy of the form for consenting or declining to consent to the jurisdiction of a magistrate judge. (Dkt. No. 6.) Subsequently, Plaintiff filed a series of documents requesting acknowledgment of his filings, listing names of individuals, asking questions regarding the paperwork that was mailed to him, requesting original signatures in lieu of facsimile signatures on documents sent by the Court, and returning copies of the paperwork sent by the Court including the blank in forma pauperis application and the consent or declination form. The Court addresses Plaintiff's filings below.

  **Acknowledgement of filing:** the Court does not mail back received copies of documents. The Court confirms that since November 4, 2015, it has received letters from Plaintiff dated October 10, 2015 re: procedural communication with the Court (Dkt. Nos. 5 & 10), November 6, 2015 re: telephone call with Simone Voltz (Dkt. No. 7), November 6, 2015 re: required mailing of filed documents (Dkt. No. 8), November 12, 2015 re: defendants, also known as defendants (Dkt.

1  No. 9), November 16, 2015 re: consent paperwork (Dkt. No. 11), and November 19, 2015 re: case
2  filing(s) (Dkt. No. 12).   Plaintiff may travel to the Clerk's Office in San Francisco to view the
3  documents filed in this action and make any copies he wishes.

**In Forma Pauperis**: if Plaintiff would like to proceed in forma pauperis, that is, without paying the fee required to initiate a lawsuit, he must file a complete application to proceed in forma pauperis.  A blank application is included with this Order.  The application is four pages long and all four pages must be completed and the application must be signed by Plaintiff.

If Plaintiff does not want to complete the four-page application, he can pay the filing fee. This lawsuit cannot proceed until the filing fee issue is resolved.

**Consenting or declining to consent to the jurisdiction of a magistrate judge**: because this action has been randomly assigned to the undersigned magistrate judge, by statute Plaintiff must affirmatively consent to the jurisdiction of a magistrate judge.  Accordingly, Plaintiff may either consent to the jurisdiction of a magistrate judge or decline to consent to the jurisdiction of a magistrate judge by checking the appropriate box on the attached form.  Plaintiff may withhold his consent without substantive adverse consequences, but he must either decline or consent by completing the form.  Another consent or declination form is included with this Order.

**Facsimile signatures**:  the Court does not mail documents with original signatures.

Finally, the Court urges Plaintiff to make an appointment with the Legal Help Desk which provides free legal assistance.  There is an office at the courthouse in San Francisco and at the courthouse in San Jose.  The contact information is as follows:

**San Francisco**
United States Courthouse
450 Golden Gate Avenue
15th Floor, Room 2796
San Francisco, CA 94102
Appointment line: 415-782-8982

**San Jose**
United States Courthouse
280 South 1st Street
2nd Floor, Room 2070
San Jose, CA 95113
Monday to Thursday 1:00pm - 4:00pm

Phone: 408-297-1480

The staff at the Legal Help Desk can help answer any outstanding questions regarding this action and the Court's Orders.

**Plaintiff has until December 21, 2015 to file a completed in forma pauperis application.**

**IT IS SO ORDERED.**

Dated: December 1, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge