UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS H. SPITTERS,

        Plaintiff(s),

   v.

UNKNOWN,

        Defendant(s).

Case No. 15-cv-4902

**ORDER RE FILING FEE AND SERVICE**

Plaintiff having paid the filing on March 16, 2016, the court finds the magistrate judge's report and recommendation filed on January 25, 2016, recommending that the case be dismissed due to plaintiff's failure to either pay the fee or file an application to proceed in forma pauperis (Doc # 21) is MOOT and therefore terminated. Accordingly, plaintiff must now request the Clerk to issue a summons and must serve a copy of the complaint and summons on the defendant within 90 days in order to proceed. A case management conference will be scheduled by separate order.

**IT IS SO ORDERED**.

Dated: March 18, 2016

                                                  PHYLLIS J. HAMILTON
                                                United States District Judge