UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS H. SPITTERS,<br>　　　　Plaintiff,<br>　　v.<br>UNKNOWN,<br>　　　　Defendant. | Case No. 15-cv-4902-PJH<br><br>**ORDER RE SERVICE OF COMPLAINT** |

The court has received a letter from plaintiff Thomas H. Spitters ("plaintiff"). See Dkt. 33. While the content of the letter is incomprehensible at times, plaintiff does appear to respond to the court's previous order to "provide the names of the defendants to the Clerk so that a summons may be issued," as he provides a list of three "estates" that he requests "be included on the court docket."

The court takes this opportunity to clarify that plaintiff must serve a copy of the complaint and summons upon defendant(s) before the June 16, 2016 deadline set forth in the court's previous order, and in order to have a summons issued, plaintiff must file an amended complaint that specifically names the defendant(s). Naming the defendant(s) in a letter does not suffice. Therefore, plaintiff has until June 16, 2016 to (1) file an amended complaint naming all defendant(s), (2) obtain a summons, and (3) serve a copy of the complaint and the summons upon the defendant(s). The court's previous order also explained that "in giving plaintiff until June 16, 2016, the court has already extended the deadline, and will not extend it further. If the complaint is not served upon defendants by this date, this case will be dismissed." See Dkt. 31.

Finally, plaintiff also renews his request to have defendant(s) bear the costs of litigation, and that request is again denied.

**IT IS SO ORDERED.**

Dated:  May 11, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge