UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS H. SPITTERS,

    Plaintiff,

    v.

UNKNOWN,

    Defendant.

Case No. 15-cv-04902-PJH

**JUDGMENT**

    The court having dismissed plaintiff's complaint for failure to effectuate service under Federal Rule of Civil Procedure 4(m),

    it is Ordered and Adjudged

    that plaintiff take nothing, and that the action is dismissed without prejudice.

    **IT IS SO ORDERED.**

Dated: June 20, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge